UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>                Plaintiff,<br>    v.<br><br>DONALD JOHN TRUMP,<br><br>                Defendant. | CASE NO. 3:23-CV-6191-JHC-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, and the remaining record, does hereby ORDER:

(1) Plaintiff did not file an objection to the Report and Recommendation. The Court adopts the Report and Recommendation.

(2) Plaintiff's proposed complaint (Dkt. 1-1) is dismissed without prejudice, the IFP application is denied as moot (Dkt. 3), and this case is closed.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 9th day of February, 2024.

_____
JOHN H. CHUN
United States District Judge